**Opinion filed March 12, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00025-CR
_____

## RICHARD WAYNE EDGAR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 28034A**

## M E M O R A N D U M   O P I N I O N

Appellant, Richard Wayne Edgar, has filed a motion to dismiss his appeal. In the motion, Appellant asks that his notice of appeal be withdrawn and that this appeal be dismissed. Attached to the motion is a letter from Appellant to his appellate counsel in which Appellant indicates that, after discussing the matter with his family, he has decided that he no longer wishes to pursue the appeal. The motion is signed by Appellant's counsel, and the letter attached to the motion is signed by Appellant. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 12, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.